SCPR-18-0000952

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE LISA HUWER STEINBERG, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawai‘i filed by attorney Lisa Huwer Steinberg, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), and the affidavits submitted in support thereof, we conclude Petitioner Steinberg has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Lisa Huwer Steinberg, attorney number 3687, from the roll of attorneys of the State of Hawai‘i, effective with the filing of this order.

DATED: Honolulu, Hawai‘i, December 27, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

